# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161422

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VECTREN INFRASTRUCTURE SERVICES
CORP., successor-in-interest to MINNESOTA
LIMITED, INC.,
        Plaintiff-Appellee,

v

SC: 161422
COA: 345462
Ct of Claims: 17-000107-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 12, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals judgment and we REMAND this case to the Court of Appeals to address the plaintiff's arguments regarding the proper method for calculating the business tax due under the statutory formula. See MCL 208.1201; MCL 208.1301(2). This foundational issue must be addressed before determining that MCL 208.1309 requires application of an alternative method of apportionment.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



s1124

Clerk